## Nicholas Merenkow, Administrator of Estate of John Merenkow, Deceased, Appellant, v. Guy A. Richardson et al., Appellees.

### Gen. No. 40,720.

Heard in second division, first district, this court at June term, 1939; opinion filed April 2, 1940. Mitchell Kilanowski, for appellant; Frank L. Kriete, Charles E. Green and Arthur J. Donovan, for appellees; John R. Guilliams, of counsel. Opinion by JUSTICE FRIEND. "Not to be published in full."